AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2022

SEAN F. McAVOY, CLERK

MADISON H.,

_____
*Plaintiff*

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   2:20-cv-00350-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion for Summary Judgment, ECF No. 18, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 20, is GRANTED.
JUDGMENT is entered in favor of Defendant.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge                    Mary K. Dimke                    on parties' motions for summary judgment.

Date:   05/26/2022

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Lilly Savchuk
_____
*(By) Deputy Clerk*

Lilly Savchuk
_____